UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-05047-ODW (RAOx) | Date | April 12, 2022 |
|---|---|---|---|
| Title | *Chris Langer v. 314 North Brand Boulevard, LLC et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**  **In Chambers**

On March 10, 2022, Plaintiff filed a Notice of Settlement. (ECF No. 33.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by April 11, 2022. (ECF No. 34.) In its Order, the Court advised the parties that, "Failure to timely comply with this order shall result in the dismissal of this action without further notice." (*Id.*) To date, the parties have failed to file a timely dismissal.

Instead, the parties filed a Joint Stipulation to extend the dismissal deadline because "additional time is required to collect the signatures and to comply with the terms of the Agreement." (ECF No. 36.) The Court has no interest in monitoring parties' compliance with the terms of a settlement agreement. Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit. Given that the parties have settled the matter, this case should be dismissed. Accordingly, the Joint Stipulation is **DENIED**, (ECF No. 36.)

The Clerk of the Court shall close this case.

                                                                                                 :    00

Initials of Preparer    SE